IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

NOV 2 8 2016

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | CV 16-112-BLG-SPW |
| Plaintiff, | ORDER |
| vs. | |
| JOSE COBOS, and RACHELLE KIRBY, individually and as personal representative of the Estate of Mark Kirby, | |
| Defendants. | |

Plaintiff State Farm Fire and Casualty has provided Notice of Dismissal pursuant to Rule 4(a)(1)(A)(I). Defendants Jose Cobos and Rachelle Kirby have not appeared. Therefore, for good cause being shown,

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE, with each party bearing its own costs.

DATED this 28th day of November, 2016.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1